**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARY CONNER, individually and as the
representative of a class of similarly situated persons,

                      Plaintiff,

        - against -

STMM INC. d/b/a Great Jones,

                      Defendants.
-------------------------------------------------------------X

Case No.   1:21-cv-1748-ENV-RER

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Mary Conner, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against STMM Inc.  No Answer has been filed in this case.

Dated: Scarsdale, New York
       July 27, 2021

SHAKED LAW GOUP, P.C.
Attorneys for Plaintiff

By: _/s/Dan Shaked_____
Dan Shaked, Esq.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel. (917) 373-9128
Fax (718) 704-7555
e-mail: ShakedLawGroup@Gmail.com

Application Granted
SO ORDERED
Brooklyn, New York
Dated:  7/28/2021

*/s/ Eric N. Vitaliano*

Eric N. Vitaliano
United States District Court